# United States Probation Office
## Southern District of Indiana

**MEMORANDUM**

**DATE:**  April 16, 2008

**REPLY TO**  Robert J. DeCarli
**ATTN OF:**  U.S. Probation Officer

**FILED**

APR 1 6 2008

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

**SUBJECT:**  David Ward
3:07-CR-35-01
Removal of PSA supervision condition

**TO:**  The Honorable William G. Hussmann, Jr.
U.S. Magistrate Judge

On 3/21/07, the above individual was placed on pretrial supervision by Your Honor. Among other supervision conditions, Mr. Ward was ordered to reside under electronically monitored home confinement. That program was initiated on the defendant on 3/30/07.

Since his release to pretrial supervision, Mr. Ward has abided by all supervision requirements. There have been no violations of his electronic monitoring schedule, nor of any other conditions. In view of the length of time Mr. Ward has been on electronically monitored home confinement, and his compliance with the program, it is recommended the condition of electronically monitored home confinement be removed as a supervision condition. AUSA Bradley Blackington has been contacted regarding this modification. He advised he is not in favor of the conditions removal, but was not going to object if it was removed.

If Your Honor has any questions, please call. Please indicate below if Your Honor approves or disapproves of the conditions removal.

RJD/rjd

Attachment

45

_____ X _____ Approved            _____ Disapproved

The Court instructs the probation officer as follows:

_____

_____

_____        _____ 4/21/08 _____
The Honorable William G. Hussmann, Jr.              Date
U.S. Magistrate Judge